# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN L. FLETCHER
ADC #135935                                                                                                PLAINTIFF

V.                                        5:09CV00007 BSM/JTR

DR. JOHANNES M. GREUNWALD; et al.                                              DEFENDANTS

## ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objection. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for a preliminary injunction (Doc. No. 7), which has been construed as a motion for a temporary restraining order, is DENIED.

2. The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 3rd day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE